161 A.3d 761

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. E.M., DEFENDANT–
PETITIONER, AND V.C., DEFENDANT, AND J.C., AND J.J.G.,
DEFENDANTS. IN THE MATTER OF THE GUARDIANSHIP
OF J.M., V.E.C., J.I.C., C.C., AND D.C., MINORS–RESPON-
DENTS.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003238–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

161 A.3d 762

SHORE COMMUNITY BANK, PLAINTIFF–RESPONDENT, v. TONY
GERARD ASSOCIATES LLC, ANTHONY G. PALMA, PATRICIA
A. PALMA, AND CONTEMPALONIAL ENTERPRISES, INC. T/A/
C.E.I., DEFENDANTS–PETITIONERS.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003928–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.